**Luther J. Hall, appellee, v. Edward F. Campbell, administrator of the estate of Horace Barnett, deceased, appellant. Gen. No. 7,733.**

Suit on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of DeWitt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 11, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Herrick & Herrick, for appellant. F. K. Lemon and L. O. Williams, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. David Norris, highway com'r of Kinderhook Township, etc., and Frank Saxbury, highway com'r of Cincinnati Township, etc., appellants, v. James C. Gay et al., commissioners of Sny Island Levee Drainage District, etc., appellees. Gen. No. 7,782.**

Mandamus to compel drainage commissioners to rebuild and reconstruct highway bridge. Decree for petitioners. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 11, 1925.

Williams & Williams, for appellants. Paul F. Grote, for appellees; William and Barry Mumford, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

---

**In the matter of the estate of John Paul, deceased. Gen. No. 7,794.**

Petition for probate of will. Petition granted. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 11, 1925. *Certiorari* denied by Supreme Court (making opinion final).

A. E. and R. C. De Mange, for appellant. Costigan & Wollrab, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Lee Tire & Rubber Company, appellant, v. John T. Brown and R. A. Balcom, trading as General Tire Company, appellees. Gen. No. 7,810.**

Suit to determine right to personal property levied upon under a judgment. Judgment for defendants. Appeal from the County Court of Sangamon county; the Hon. Eugene E. Bone, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 11, 1925.

Sherman, Bainum & Pree, for appellant. B. L. Catron, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Chester L. Blakeman, appellee, v. Illinois Power & Light Corporation, appellant. Gen. No. 7,817.**

Action for personal injuries sustained in collision of plaintiff's automobile with defendant's street car. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 11, 1925.

Bellatti, Bellatti & Moriarty, for appellant. Hugh P. Green and A. M. Fitzgerald, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.